APPEAL No. 73-204. DAVID M. MARDEN v. CANDYSS T. F. MARDEN. Motion of petitioner to assign granted, and matter assigned to continuous argument list for hearing. *Aram K. Berberian,* for petitioner.

APPEAL No. 72-223. MAX R. KARGMAN *et al. v.* STANLEY D. JACOBS, *Tax Assessor,* East Providence. Joint motion for a special assignment denied. *Edwards & Angell, James K. Edwards,* for plaintiffs. *Joseph T. Little,* Asst. City Solicitor, for defendant.

### January 3, 1974.

M. P. No. 73-113. VERNON H. HARDY *et al. v.* ZONING BOARD OF REVIEW OF COVENTRY. Motion of respondent Zoning Board of Review for enlargement of time in which to file its brief granted same to be submitted within 30 days from date of this order. *Marion J. Dillon, Francis J. Maguire,* for petitioners. *Paul A. Anderson,* Asst. Town Solicitor, for respondent.

M. P. No. 73-261. VINCENT V. NARDONE *v.* JAMES W. MULLEN, *Warden.* Treating petition for a writ of habeas corpus as a petition for a writ of certiorari, petition granted. Matter assigned to calendar of March 4, 1974 for hearing on the merits. Petitioner shall file brief on or before January 31, 1974, and the respondent shall file brief on or before February 25, 1974. Motion to admit petitioner to bail is denied. Joslin, J. not participating. *William P. Butler,* for petitioner. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.